ROBERT J. DEAN, Respondent, *v.* HENRY D. VAN NOSTRAND
et al., Appellants.

(Argued December 7, 1885 ; decided January 19, 1886.)

DECIDED upon the facts.

*William G. Wilson* for appellants.

*Edward S. Hatch* for respondent.

FINCH, J., reads for affirmance.
All concur, except RUGER, Ch. J., not voting.
Judgment affirmed.